IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Judicial Watch, Inc.,<br>425 Third Street, S.W., Suite 800<br>Washington, DC 20024,<br><br>        Petitioners/Cross-Respondents,<br><br>    vs.<br><br>Valle Del Sol, Inc., *et al.*,<br>3807 N. 7th Street<br>Phoenix, AZ 85014,<br><br>        Respondent/Cross-Petitioners. | Miscellaneous Action No. 1: 14-mc-00538<br>Assigned To:  Howell, Beryl A.<br>Assign. Date:  5/21/2014<br><br>Case No. CV-10-01061-PHX-SRB Pending in the United States District Court for the District of Arizona–Phoenix, captioned *Valle del Sol, et al. v. Whiting, et al.* |

**RESPONDENTS/CROSS-PETITIONERS' MOTION TO COMPEL JUDICIAL WATCH'S COMPLIANCE WITH SUBPOENA *DUCES TECUM***

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure, Respondents/Cross-Petitioners Valle del Sol, Inc., *et al.*, by and through their counsel of record, move the Court to compel Judicial Watch to produce documents pursuant to a subpoena *duces tecum* issued by Plaintiffs out of the United States District Court for the District of Arizona.  This Motion is supported by the attached Memorandum, the accompanying Declaration of Justin B. Cox, a proposed order, any papers submitted in reply to any opposition to this Motion, facts of which this Court may take judicial notice, the record in the underlying action in the United States District Court for the District of Arizona, arguments of counsel, and any other matters as may properly come before this Court.

Based on the Memorandum and all accompanying documents, Respondents/Cross-Petitioners respectfully request that the Court grant their Motion to Compel.

/ /

/ /

/ /

/ /

/ /

23649310.1

RESPECTFULLY SUBMITTED this 6th day of June, 2014.

By /s/ Justin B. Cox
Justin Cox (D.C. Bar No. 1004233)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
1989 College Avenue
Atlanta, GA 30317

By /s/ Nora A. Preciado, *with permission*
Nora A. Preciado (Cal. Bar No. 239235)**
Karen C. Tumlin (Cal. Bar No. 234691)**
Alvaro Huerta (Cal. Bar No. 274787)**
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010

By /s/ Jorge Castillo, *with permission*
Jorge M. Castillo (Cal. Bar No. 290163)**
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014

*Attorneys for Plaintiffs*

*\* Appearing under Local Rule 83.2(g).*
*\*\* Notice of Appearance under Local Rule 83.2(g) forthcoming.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, I caused the foregoing and all attached exhibits to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

DATED:  June 6, 2014

>                             */s/ Justin Cox*
> Justin Cox