IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Petitioner/Cross-Respondent, | ) | Misc. Action No. 1:14-mc-00538 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| VALLE DEL SOL, INC., | ) | (Case No CV-10-1061-PHX-SRB pending in |
| | ) | the United States District Court for Arizona, |
| Respondents/Cross-Petitioners. | ) | captioned *Valle del Sol, et al. v.* |
| | ) | *Whiting, et al.*) |

**MOTION TO STAY BRIEFING ON NON-JURISDICTIONAL ISSUES
RAISED IN THE MOTION TO COMPEL COMPLIANCE
WITH SUBPOENA *DUCES TECUM***

Petitioner/Cross-Respondent Judicial Watch, Inc. ("Judicial Watch"), by counsel, respectfully moves to stay briefing on the non-jurisdictional issues raised in the Respondents/Cross-Petitioners' Motion to Compel Compliance with Subpoena *Duces Tecum*. Pursuant to Local Rule 7(m), counsel for Judicial Watch has conferred with counsel for Respondents/Cross-Petitioners, who indicated that their clients oppose this motion. Also pursuant to Local Rule 7(f), Judicial Watch requests an oral hearing on this motion and the related motion to compel. Together with the reasons set forth in Judicial Watch's opposition to the motion to compel compliance on jurisdictional grounds, Judicial Watch states as follows:

**MEMORANDUM OF LAW**

**I.     The Court Should Stay Briefing On Non-Jurisdictional Issues Raised In the Motion To Compel Compliance Until The Jurisdictional Issue Is Resolved.**

Because a significant jurisdictional question exists as to whether Plaintiffs' motion to compel should have even been filed with this Court, Judicial Watch respectfully requests that further briefing on any other issues raised in Plaintiffs' motion to compel compliance be stayed.

Judicial Watch, a non-party, should not be required to expend substantial time and resources to respond until the Court has ruled on whether it has jurisdiction to adjudicate the validity of the subpoena and whether the January Subpoena can be enforced.

**II.   Conclusion.**

For the foregoing reasons and the reasons set forth in Judicial Watch's opposition to the motion to compel compliance on jurisdictional grounds, Judicial Watch respectfully requests that the Court stay briefing on the non-jurisdictional issues raised in the motion to compel compliance with respect to the January Subpoena.

Dated:   June 24, 2014

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/*   James F. Peterson
D.C. Bar No. 450171

*/s/*   Ramona R. Cotca
D.C. Bar No. 501159

425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Attorneys for Judicial Watch, Inc.*